# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA VIGIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLOPLAST CORP.,<br><br>Defendant. | Case No.: 3:19-cv-01851-GPC-BGS<br><br>**ORDER REQUIRING ADDITIONAL SUBMISSIONS BY ALL PARTIES ON PENDING DAUBERT MOTIONS.**<br><br>**(ECF Nos. 91, 92, 93, 94, 95, 96, 97, 98, 99.)** |

To facilitate the Court's gatekeeping function on the nine pending *Daubert* motions, the Court **ORDERS** the Parties submit the full reports of their respective experts, *not* merely excerpts of the reports. (ECF Nos. 91, 92, 93, 94, 95, 96, 97, 98, 99.)

For example, on Defendant's motion to exclude or limit the opinion testimony of Bruce Rosenzweig, M.D., (ECF No. 97), Defendant has submitted excerpts of Dr. Rosenzweig's two reports at ECF No. 97-2 and ECF No. 97-4. Plaintiffs have likewise submitted excerpts of Dr. Rosenzweig's two reports at ECF No. 106-3 and ECF No. 106-4. Neither Party has submitted full copies of Dr. Rosenzweig's reports. Hence, with respect to Dr. Rosenzweig, the Court **ORDERS** that Plaintiff, as Plaintiff has put forward Dr. Rosenzweig as an expert, submit his two reports, in full. The Court similarly **ORDERS** that each Party file the full reports of *their* experts.

1

In addition, to the extent that any motion seeks to limit portions of an expert report – either instead of, or as an alternative to, excluding that report as a whole – the Court **ORDERS** that each Party submit one simple, **concise** table noting: (1) each report to be limited; (2) the page and line numbers, or the paragraph numbers, of the report that the motion seeks to limit/exclude; and (3) the page and line numbers, or the paragraph numbers, of the report that the motion does not seek to limit/exclude. The purpose of this document is to clarify to the Court which portions of the reports are to be limited/excluded from each Party's perspective. The Court expects that these tables will not contain additional arguments or legal citations and are to serve merely as a demonstrative tool to help guide the Court in reviewing each motion.

To comply with this Order, the Court asks that the Parties submit one affidavit each (one for Plaintiffs, one for Defendant), and attach to that affidavit (a) one exhibit containing the tables indicating what portions of each report are to be limited (if any), and (b) one additional exhibit for each full expert report. If any of the motions or responses currently filed with the Court have already provided the full, respective report(s) of their experts, counsel's affidavit should indicate that and include a citation to the corresponding document.

The Parties are to comply with this order, including through the delivery of **courtesy paper copies** to the Court, as soon as is practicable, and no later than Tuesday February 25, 2020.

**IT IS SO ORDERED.**

Dated: February 21, 2020

Hon. Gonzalo P. Curiel
United States District Judge